FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2008 DEC -4 PM 3: 11
CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FISEPE VAVAL,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

CIVIL ACTION NO.: CV208-075

Case No. CR296-024

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

The Government's Motion to Dismiss is **GRANTED**. Petitioner's Motion for Post-Conviction Relief is **dismissed**. The Clerk is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 4th day of December, 2008.

_____
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA